| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>     GRACIE P. WILLIAMS |



Order Filed on February 9, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-19583 SLM

Hearing Date:  2/8/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 9, 2023**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): GRACIE P. WILLIAMS

Case No.: 19-19583

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/08/2023 on notice to MARK E NORGAARD, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must make an immediate payment of $1,045.00 and/or provide proof of payment by 2/9/2023 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,045.00 starting on 3/1/2023 for the remaining 39 month(s).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                   Case No. 19-19583-SLM
Gracie P. Williams                                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                  Page 1 of 2
Date Rcvd: Feb 09, 2023                    Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gracie P. Williams, 125 Gaston Avenue, Garfield, NJ 07026-1207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023                             Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian Gregory Hannon | on behalf of Debtor Gracie P. Williams bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 09, 2023 Form ID: pdf903 Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Gracie P. Williams joboyle@norgaardfirm.com<br>sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E Norgaard | on behalf of Debtor Gracie P. Williams mnorgaard@norgaardfirm.com<br>sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com;dtakach@norgaardfirm.com |
| Shauna M Deluca | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust<br>sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9