Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19583−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gracie P. Williams
   125 Gaston Avenue
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−0461

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/14/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 14, 2023
JAN: ldd

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-19583-SLM
Gracie P. Williams                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Feb 14, 2023                 Form ID: 148                    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gracie P. Williams, 125 Gaston Avenue, Garfield, NJ 07026-1207 |
| aty | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| sp | + | Jaloudi & Associates LLC, 1555 Main Avenue, Suite B, Clifton, NJ 07011-2109 |
| 518238621 | | AA Action Collection, 517 S Livingston Ave Ste 2, Livingston, NJ 07039-4347 |
| 519276005 | + | BANK OF NEW YORK MELLON TRUST COMPANY, N.A., Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014-1345 |
| 518331045 | + | Bank of New York Mellon Trust, Company,NA as Trustee for Mortgage, Assets Management Series I Trust, Celink, 2900 Esperanza Crossing Austin, TX 78758-3658 |
| 519229291 | + | Bank of New York Mellon Trust Company, N.A et al, c/o Compu-Link Corporation dba Celink, Attn: BK Payment Processing, P.O. Box 40761, Lansing, MI 48901-7961 |
| 519358774 | + | Bank of New York Mellon Trust et al., C/O PHH MORTGAGE CORPORATION, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 519358775 | + | Bank of New York Mellon Trust et al., C/O PHH MORTGAGE CORPORATION, P.O. Box 24606, West Palm Beach, FL 33416, Bank of New York Mellon Trust et al. C/O PHH MORTGAGE CORPORATION 33416-4606 |
| 518238622 | + | Bender and Bender, 575 Madison Ave Fl 10, New York, NY 10022-2588 |
| 518238623 | | Dr. Rigoglioso, DMD, 550 Boulevard, Elmwood Park, NJ 07407 |
| 518238624 | | Kiera McFadden-Roan, Esq., Parker McCay PA, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 518238625 | | Mcinerney Orthopaedic, 504 Valley Rd, Wayne, NJ 07470-3534 |
| 518238626 | + | New Jersey Urology, 1515 Broad Street, Suite B130, Bloomfileld, NJ 07003-3085 |
| 519260344 | + | New York Mellon Trust Company, N.A., RASC, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518238628 | | Onewest Bank NA, merged with CIT Bank, 2900 Esperanza Xing, Austin, TX 78758-3658 |
| 518238630 | | Summit Medical Group, 230 Sherman Ave Ste A, Glen Ridge, NJ 07028-1520 |
| 518238631 | | Township of Garfield, 111 Outwater Ln, Garfield, NJ 07026-2621 |
| 518238632 | + | Urology Group of New Jersey, 777 Bloomfield Ave, Glen Ridge, NJ 07028-2345 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518251585 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2023 20:57:46 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518520318 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Feb 14 2023 20:45:00 | Celink, 3900 Capital City Blvd., Lansing, MI 48906-2147 |
| 518238627 | + | Email/Text: cedwards@ncsplus.com | Feb 14 2023 20:45:00 | NTL Credit Sysem, 117 E 24th Street, New York, NY 10010-2937 |
| 518358655 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2023 20:57:21 | Resurgent Capital Services as agent for Via Novus, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518238629 | | Email/Text: clientservices@simonsagency.com | Feb 14 2023 20:46:00 | Simons Agency Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

Case 19-19583-SLM    Doc 121    Filed 02/16/23    Entered 02/17/23 00:17:20    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: 148 | Total Noticed: 26 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519276006 | | BANK OF NEW YORK MELLON TRUST COMPANY, N.A., Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014, BANK OF NEW YORK MELLON TRUST COMPANY, N, Reverse Mortgage Solutions, Inc. |
| 519229292 | | Bank of New York Mellon Trust Company, N.A et al, c/o Compu-Link Corporation dba Celink, Attn: BK Payment Processing, P.O. Box 40761, Lansing, MI 48901, Bank of New York Mellon Trust Company, N |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian Gregory Hannon | on behalf of Debtor Gracie P. Williams bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John O'Boyle | on behalf of Debtor Gracie P. Williams joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E Norgaard | on behalf of Debtor Gracie P. Williams mnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com;dtakach@norgaardfirm.com |
| Shauna M Deluca | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9